# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**RUTH MCSWAIN**                                                                                                    **PLAINTIFF**

**v.**                                           **Case No. 5:14-cv-00264-KGB**

**CREDIT CONTROL, LLC.**                                                                              **DEFENDANT**

## ORDER

Before the Court is plaintiff Ruth McSwain's motion for voluntary dismissal with prejudice (Dkt. No. 4). Based on the motion, the Court dismisses with prejudice this action with each party to bear his, her, or its own costs.

SO ORDERED this 14th day of December, 2015.

_____
Kristine G. Baker
United States District Judge